# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN VOGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>TBS FOODS, INC.; TRIESTE VENTURES, LLC,<br><br>        Defendants. | Case No. 2:16-cv-1610-ODW(JEM)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Mediator's Report (ECF No. 25), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 22, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to timely respond to this order will result in a dismissal of the case without prejudice.

    **IT IS SO ORDERED.**

    November 22, 2016

                                                                        _____<br>
                                                                       **OTIS D. WRIGHT, II**<br>
                                                                     **UNITED STATES DISTRICT JUDGE**