# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN VOGEL,<br><br>          Plaintiff,<br><br>     v.<br><br>TBS FOODS, INC.; TRIESTE VENTURES, LLC,<br><br>          Defendants. | Case No. 2:16-cv-1610-ODW(JEM)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' December 22, 2016 report (ECF No. 27), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 30, 2017**, why settlement has not been finalized.  No hearing will be held.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.  Failure to timely respond to this order will result in a dismissal of the case without prejudice.

**IT IS SO ORDERED.**

March 23, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**